JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS RIVERA,<br><br>    Petitioner,<br><br>    v.<br><br>NEIL MCDOWELL, Warden,<br><br>    Respondent. | Case No. 5:20-cv-02409-DSF (SP)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: October 22, 2021

                                      HONORABLE DALE S. FISCHER
                                      UNITED STATES DISTRICT JUDGE